NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICKY D. NELSON,                    )
                                    )
              Appellant,            )
                                    )
v.                                  )          Case No. 2D18-2503
                                    )
STATE OF FLORIDA,                   )
                                    )
              Appellee.             )
_____)

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Tom Barber,
Judge.


PER CURIAM.

        Affirmed.  See Nelson v. State, 202 So. 3d 419 (Fla. 2d DCA 2016) (table

decision); Nelson v. State, 189 So. 3d 771 (Fla. 2d DCA 2016) (table decision); Nelson

v. State, 156 So. 3d 1093 (Fla. 2d DCA 2014) (table decision); Nelson v. State, 50 So.

3d 608 (Fla. 2d DCA 2010) (table decision); Nelson v. State, 17 So. 3d 296 (Fla. 2d

DCA 2009) (table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.